UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**RECEIVED**
**JUL 1 4 2005**
WILLIAM T. WALSH, CLERK

CHAMBERS OF
RONALD J. HEDGES
UNITED STATES MAGISTRATE JUDGE

MARTIN LUTHER KING, JR.
FEDERAL BUILDING AND COURTHOUSE
50 WALNUT STREET
NEWARK, NJ 07101
973-645-3827

July 14, 2005

## LETTER-OPINION AND ORDER
## ORIGINAL FILED WITH CLERK OF THE COURT

Eric DeShawn Gulley
#361900C/521681
Southern State Correctional Facility
P.O. Box 150
Delmont, NJ 08314

Robert F. Varady, Esq.
La Corte, Bundy, Varady & Kinsella
989 Bonnel Court
Union, NJ 07083

Re: Gulley v. Elizabeth City Police Dept., et al.
Civil Action No. 04-CV-4445 (JLL)

Dear Litigants:

The Court has plaintiff's address listed as Union County Jail, #139742, 15 Elizabethtown Plaza, Elizabeth, NJ 07207. We have recently received correspondence from plaintiff with the address listed above. Defendants have 30 days to reserve their motion to vacate. Opposition is due August 29th. Reply September 5, 2005.

SO ORDERED.

s/ Ronald J. Hedges
United States Magistrate Judge

Copy: Judge Jose L. Linares